COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 




 
 
  
 WALLACE
 LAYNE,
  
                             Appellant,
  
 v.
  
 SHENEE
 LAYNE,
  
                             Appellee.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-03-00492-CV
  
 Appeal from the
  
 383rd District Court
  
 of El Paso County, Texas
  
 (TC#2003CM2679)
 
 




 

MEMORANDUM
OPINION

On January 27, 2004, this Court gave
notice to appellant that it appears he no longer wishes to pursue this appeal,
as neither appellant=s brief nor motion for extension of time had been filed.  No response to this notice has been
received.  Therefore,
pursuant to Tex. R. App. P. 38.8 the case is hereby
dismissed for want of prosecution.

 

SUSAN
LARSEN, Justice

February 19, 2004

 

Before Panel No. 1

Larsen, McClure, and Chew,
JJ.